UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TIFFANY TROY and
ERIC JOHN MATA,
*on behalf of themselves and on behalf of others similarly situated*,

         Plaintiffs,

v.

AMERICAN BAR ASSOCIATION,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 23-cv-03053-NGG-VMS

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that, upon the accompanying Defendant American Bar Association's Memorandum of Law in Support of Its Motion to Dismiss the Amended Complaint, the Declaration of Stephen L. Saxl, sworn to October 3, 2023, and the exhibit thereto, and all pleadings and proceedings had herein, Defendant American Bar Association ("ABA") will move this Court, before the Honorable Nicholas G. Garaufis, United States District Judge, at the Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order, pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint in this action with prejudice.

Dated: New York, New York
   October 3, 2023

                Respectfully submitted,

                **GREENBERG TRAURIG, LLP**

                By:  /s/ *Stephen L. Saxl*
                   Stephen L. Saxl
                One Vanderbilt Avenue
                New York, New York 10017
                (212) 801-9200
                saxls@gtlaw.com

                *Attorneys for Defendant*
                *American Bar Association*