UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
TIFFANY TROY and ERIC JOHN MATA, on behalf
of themselves and on behalf of others similarly
situated,

                      JUDGMENT
                      23-CV-03053 (NGG) (VMS)

            Plaintiffs,

            v.

AMERICAN BAR ASSOCIATION,

            Defendant.
---------------------------------------------------------- X

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on April 30, 2024, granting Defendant's Motion to Dismiss the Amended Complaint in its entirety; and dismissing Plaintiffs' claims without prejudice; it is

      ORDERED and ADJUDGED that Defendant's Motion to Dismiss the Amended Complaint is granted in its entirety; and that Plaintiffs' claims are dismissed without prejudice.

Dated: Brooklyn, NY  
       May 1, 2024

                                                                    Brenna B. Mahoney  
                                                                    Clerk of Court

                                               By:    /s/*Jalitza Poveda*  
                                                              Deputy Clerk